UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL GRAY,<br><br>        Petitioner,<br><br>        v.<br><br>GEORGE A. NEOTTI, Warden,<br><br>        Respondent. | NO. CV 11-02928 JVS(SS)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 6.8.11

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE